UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES K. PRICE,

           Plaintiff,           Case No. 1:13cv1194

v.           Hon. Robert J. Jonker

UNITED STATES POSTAL SERVICE,

           Defendant.
_____/

**ORDER**
**APPROVING AND ADOPTING REPORT AND RECOMMENDATION**

      The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on June 30, 2014. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

      **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed June 30, 2014, is approved and adopted as the opinion of the court.

      **IT IS FURTHER ORDERED** that defendant's motion to dismiss (docket #12) is **GRANTED** and this matter is **DISMISSED**.

                                                                     /s/ Robert J. Jonker
                                                          ROBERT J. JONKER
                                                UNITED STATES DISTRICT JUDGE

DATED: July 24, 2014.